UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**     **CASE NO.  6:21-MJ-00012-01 WDLA**
                                                                    **1:21-MJ-00056  D.C.**
**VERSUS**

**GORDON VAUGHN**                **MAGISTRATE JUDGE HANNA**

## MINUTES OF COURT:
### Initial Appearance

| Date: | January 14, 2021 | Presiding: Magistrate Judge Patrick J. Hanna |
| --- | --- | --- |
| Court Opened: | 4:00 p.m. | Courtroom Deputy: Evelyn Alexander |
| Court Adjourned: | 4:25 p.m. | Court Reporter: Zoom Recording |
| Statistical Time: | :20 | Courtroom: Video Conference |
| | | Probation Officer: Eric Villermin |

## APPEARANCES

| Daniel J McCoy (AUSA) | For | United States of America |
| --- | --- | --- |
| Cristie Gautreaux Gibbens (AFPD) | For | Vaughn Gordon, Defendant |
| Vaughn Gordon, Defendant | | |

## PROCEEDINGS

**BEFORE COURT OPENED:**
Defendant Interviewed by Pretrial Services Officer
Defendant Provided with Charging Document(s)
Pretrial Services Report Provided to Defendant

**INITIAL APPEARANCE:**
Initial Appearance on an Arrest Warrant from: District of Columbia
Defendant Sworn
Defendant and all counsel consented to the hearing being held via video conference
Defendant Advised of Charges, Maximum Penalties & Rights

Oral motion for appointed counsel by defendant.

Based on the information provided by the defendant, the court finds that defendant does not have the financial resources to retain counsel. Order appointing the Office of the Public Defender to represent defendant signed.

Reading of charging documents: Waived

Identity Hearing: Waived
Preliminary Hearing: Waived

The government is not moving for detention

Bond Set: Personal Recognizance Appearance Bond Signed (AO98)
Order Setting Conditions of Release Signed (Modified AO199)

Defendant ordered released after processing by U.S. Marshal pending further proceedings.

Defendant ordered to appear before the District of Columbia on **Friday, January 22, 2021 at 12:00 noon CST/1:00 p.m. EST** for further proceedings. Counsel for Defendant advised that the conference room at the Office of the Federal Public Defender in Lafayette, LA is available for Defendant's use for that appearance.

Defendant is requesting appointment of counsel for appearances before the District of Columbia.

**FILINGS:**
Order Appointing Counsel
Appearance Bond
Order Setting Conditions of Release