

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JAN 1 4 2021

TONY R. MOORE, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

UNITED STATES OF AMERICA          CASE NO. 6:21-MJ-00012-01

VERSUS

VAUGHN GORDON                     MAGISTRATE JUDGE HANNA

## ORDER

On the basis of the captioned-defendant's financial affidavit in this case, the Court determines that the defendant:

\_\_\_ is financially able to employ counsel and, therefore, denies his application for appointment of counsel at government expense.

✓ is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent defendant or recommend counsel for appointment from the CJA panel.

\_\_\_ is financially unable to pay the fee of any witness and, pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, the Clerk shall issue a subpoena for any witness, PROVIDED that the defendant and his counsel shall submit subpoenas only for those witnesses whose presence is necessary to present an adequate defense to the charge or charges.

THUS DONE in Chambers on this \_\_14th\_\_ day of \_\_JANUARY\_\_, 2021.

_____
Patrick J. Hanna
United States Magistrate Judge