CLOSED

# U.S. District Court
# Western District of Louisiana (Lafayette)
# CRIMINAL DOCKET FOR CASE #: 6:21−mj−00012−PJH All Defendants

Case title: USA v. Vaughn  
Other court case number: 1:21−mj−00056 District of Columbia

Date Filed: 01/14/2021  
Date Terminated: 01/14/2021

Assigned to: Magistrate Judge Patrick J Hanna

**Defendant (1)**

**Vaughn Allan Gordon**  
*TERMINATED: 01/14/2021*

represented by **Cristie Gautreaux Gibbens**  
Federal Public Defenders Office (LAF)  
102 Versailles Blvd Ste 816  
Lafayette, LA 70501  
337−262−6336  
Fax: 337−262−6605  
Email: cristie_gibbens@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18 USC 1752(a)(1)− Knowingly Entering or Remaining in any Restricted Building or Grounds without Lawful Authority; 40 USC 5104(e)(2)(G)− Parading, Demonstrating or Picketing in the

**Disposition**

Capitol Buildings

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Daniel J McCoy**<br>U S Attorneys Office (LAF)<br>800 Lafayette St Ste 2200<br>Lafayette, LA 70501<br>337−262−6618<br>Fax: 337−262−6682<br>Email: daniel.j.mccoy@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/14/2021 | 1 | | COMPLAINT as to Vaughn Allan Gordon (1). (Attachments: # 1 Affidavit) (crt,Bray, K) (Additional attachment(s) added on 1/15/2021: # 2 SEALED−Arrest Warrant) (Bray, K). (Entered: 01/15/2021) |
| 01/14/2021 | 2 | | ORAL MOTION to Appoint Counsel by Vaughn Allan Gordon (1). (crt,Bray, K) (Entered: 01/15/2021) |
| 01/14/2021 | 3 | | MINUTES for proceedings held before Magistrate Judge Patrick J Hanna: INITIAL APPEARANCE as to Vaughn Allan Gordon (1) held on 1/14/2021. Oral Order granting 2 Motion to Appoint Counsel. Appearances made by Daniel J McCoy for USA, Cristie Gautreaux Gibbens for Vaughn Allan Gordon as to Vaughn Allan Gordon (1). Defendant ordered to appear before the District of Columbia on Friday, January 22, 2021 at 12:00 noon CST/1:00 p.m. EST for further proceedings. Defendant ordered released on personal recognizance bond after processing by U.S. Marshal pending further proceedings. (Court Reporter: VTC) (crt,Bray, K) (Entered: 01/15/2021) |
| 01/14/2021 | 4 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Vaughn Allan Gordon (1). Signed by Magistrate Judge Patrick J Hanna on 1/14/2021. (crt,Bray, K) (Entered: 01/15/2021) |
| 01/14/2021 | 5 | | APPEARANCE BOND entered as to Vaughn Allan Gordon (1): Personal Recognizance Bond Signed by Magistrate Judge Patrick J Hanna on 1/14/2021. (crt,Bray, K) (Entered: 01/15/2021) |
| 01/14/2021 | 6 | | ORDER Setting Conditions of Release as to Vaughn Allan Gordon (1) Personal Recognizance Bond Signed by Magistrate Judge Patrick J Hanna on 1/14/2021. (crt,Bray, K) (Entered: 01/15/2021) |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CASE NO.  6:21-MJ-00012-01 WDLA |
| | 1:21-MJ-00056  D.C. |
| **VERSUS** | |
| **GORDON VAUGHN** | **MAGISTRATE JUDGE HANNA** |

## MINUTES OF COURT:
### Initial Appearance

| Date: | January 14, 2021 | Presiding: Magistrate | Judge Patrick J. Hanna |
|---|---|---|---|
| Court Opened: | 4:00 p.m. | Courtroom Deputy: | Evelyn Alexander |
| Court Adjourned: | 4:25 p.m. | Court Reporter: | Zoom Recording |
| Statistical Time: | :20 | Courtroom: | Video Conference |
| | | Probation Officer: | Eric Villermin |

## APPEARANCES

| | | |
|---|---|---|
| Daniel J McCoy (AUSA) | For | United States of America |
| Cristie Gautreaux Gibbens (AFPD) | For | Vaughn Gordon, Defendant |
| Vaughn Gordon, Defendant | | |

## PROCEEDINGS

**BEFORE COURT OPENED:**
Defendant Interviewed by Pretrial Services Officer
Defendant Provided with Charging Document(s)
Pretrial Services Report Provided to Defendant

**INITIAL APPEARANCE:**
Initial Appearance on an Arrest Warrant from: District of Columbia
Defendant Sworn
Defendant and all counsel consented to the hearing being held via video conference
Defendant Advised of Charges, Maximum Penalties & Rights

Oral motion for appointed counsel by defendant.

Based on the information provided by the defendant, the court finds that defendant does not have the financial resources to retain counsel. Order appointing the Office of the Public Defender to represent defendant signed.

Reading of charging documents: Waived

Identity Hearing: Waived
Preliminary Hearing: Waived

The government is not moving for detention

Bond Set: Personal Recognizance Appearance Bond Signed (AO98)
Order Setting Conditions of Release Signed (Modified AO199)

Defendant ordered released after processing by U.S. Marshal pending further proceedings.

Defendant ordered to appear before the District of Columbia on **Friday, January 22, 2021 at 12:00 noon CST/1:00 p.m. EST** for further proceedings. Counsel for Defendant advised that the conference room at the Office of the Federal Public Defender in Lafayette, LA is available for Defendant's use for that appearance.

Defendant is requesting appointment of counsel for appearances before the District of Columbia.

**FILINGS:**
Order Appointing Counsel
Appearance Bond
Order Setting Conditions of Release

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JAN 14 2021

TONY R. MOORE, CLERK
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:21-MJ-00012-01 |
| VERSUS | |
| VAUGHN GORDON | MAGISTRATE JUDGE HANNA |

### ORDER

On the basis of the captioned-defendant's financial affidavit in this case, the Court determines that the defendant:

___ is financially able to employ counsel and, therefore, denies his application for appointment of counsel at government expense.

✓ is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent defendant or recommend counsel for appointment from the CJA panel.

___ is financially unable to pay the fee of any witness and, pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, the Clerk shall issue a subpoena for any witness, PROVIDED that the defendant and his counsel shall submit subpoenas only for those witnesses whose presence is necessary to present an adequate defense to the charge or charges.

THUS DONE in Chambers on this __14th__ day of __JANUARY__, 2021.

_____
Patrick J. Hanna
United States Magistrate Judge

AO 98 (Rev. 12/11) Appearance Bond

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JAN 14 2021

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

United States of America )
v. )
VAUGHN GORDON ) Case No. 6:20-MJ-00012
)
_____ )
Defendant )

## APPEARANCE BOND

### Defendant's Agreement

I, Vaughn Gordon (defendant), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
(   ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of $ _____ .

(   ) (3) This is a secured bond of $ _____ , secured by:

  (   ) (a) $ _____ , in cash deposited with the court.

  (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property (describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):

  If this bond is secured by real property, documents to protect the secured interest may be filed of record.

  (   ) (c) a bail bond with a solvent surety (attach a copy of the bail bond, or describe it and identify the surety):

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____

_____
*Defendant's signature*

_____      _____
*Surety/property owner – printed name*      *Surety/property owner – signature and date*

_____      _____
*Surety/property owner – printed name*      *Surety/property owner – signature and date*

_____      _____
*Surety/property owner – printed name*      *Surety/property owner – signature and date*

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 1/14/21

_____
*Judge's signature*

AO 199A (Rev. 06/19) Order Setting Conditions of Release

Page 1 of 3 Pages

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JAN 14 2021

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

United States of America
v.
VAUGHN GORDON

Defendant

Case No. 6:21-mj-00012

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
Place

on _____
Date and Time

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/11) Additional Conditions of Release  Page _2_ of _3_ Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address (only if above is an organization) _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
Custodian                              Date

( ) (7) The defendant must:
( ) (a) submit to supervision by and report for supervision to the _____
   telephone number _____ no later than _____.
( ) (b) continue or actively seek employment.
( ) (c) continue or start an education program.
( ) (d) surrender any passport to: _____
( ) (e) not obtain a passport or other international travel document.
(X) (f) abide by the following restrictions on personal association, residence, or travel:
   Not travel outside of the Western District of Louisiana without permission of pretrial services
( ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
( ) (h) get medical or psychiatric treatment: _____
( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ) (k) not possess a firearm, destructive device, or other weapon.
( ) (l) not use alcohol ( ) at all ( ) excessively.
( ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
   ( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
   ( ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
   ( ) (iii) Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
( ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
   ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
( ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
( ) (s) _____

AO 199C (Rev. 09/08) Advice of Penalties    Page 3 of 3 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more - you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years - you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony - you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor - you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Vaughn Gordon_
Defendant's Signature

City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 1/14/21

Judicial Officer's Signature

Patrick J Hanna, US Magistrate Judge
Printed name and title

DISTRIBUTION:  COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL